**UNITED STATES DISTRICT COURT**
**NORTHERN DISTRICT OF OHIO**
**EASTERN OFFICE**

| | | |
|---|---|---|
| Maria Gabriela Hernandez Aldaba | ) | |
| | ) | |
| Plaintiff, | ) | Civil Action No: 5:26-CV-2453 |
| | ) | |
| vs. | ) | Judge Charles Esque Fleming |
| | ) | |
| Secretary of U.S. Department of Homeland Security, et al. | ) | **NOTICE OF VOLUNTARY DISMISSAL** |
| | ) | |
| Defendants | ) | |

Pursuant to Federal Rule of Civil Procedure 41(a)(1)(A)(i), Plaintiff hereby voluntarily dismisses this action without prejudice. This action was brought to compel the adjudication of Plaintiff's pending Form I-765, Application for Employment Authorization, which had been unreasonably delayed by the Agency. Plaintiff has since received a Notice of Decision on her application. Accordingly, Plaintiff hereby dismisses this action without prejudice.

Plaintiff's Notice of Voluntary Dismissal is being filed herein prior to the service of either an answer or a motion for summary judgment by any of the defendants.

Respectfully submitted on 11/02/2026,

/s/ Margaret W. Wong
Margaret W. Wong, Esq.
Margaret W. Wong & Associates LLC
3150 Chester Ave.,
Cleveland, Ohio 44114
(216) 566-9908
wong@imwong.com

*Attorney for Plaintiff*

IT IS SO ORDERED.
s/Charles E. Fleming
United States District Judge
Dated: November 3, 2026